Francisco Cuevas Caraballo y Felícita Rosado, conocida por Felicia Rosado, demandantes y apelantes, *v.* Municipio de Mayagüez, representado por su alcalde Don Julián Rullán, demandado y apelado.

No. 4679.—*Sometido:* Abril 23, 1929. *Resuelto:* Julio 26, 1929.

*M. Figueroa del Rosario,* abogado de los apelantes; *Pedro Baigés Gómez,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

En la demanda se alega que el Municipio de Mayagüez era responsable de la negligencia de sus empleados al abrir éstos la compuerta del acueducto, produciendo así un torrente de agua en el río Yagüez, y que como consecuencia de ello un niño de cinco años de edad fué arrastrado por la corriente y se ahogó. La corte inferior halló que los empleados del demandado no fueron culpables de negligencia alguna, y que los padres del niño lo fueron de negligencia contribuyente al permitir que el niño se acercara tanto a la corriente sin ser debidamente atendido.

No estamos satisfechos de que pueda imputarse negligencia a los padres del niño, pero es de concebirse que su conducta pueda hacer caer el caso dentro de la esfera de los accidentes inevitables.

Sin embargo, los apelantes han dejado de convencernos de que los empleados del demandado fueran negligentes. Se arguye que las aguas del río aumentaron repentinamente debido a los actos de dichos empleados, o quizá, que las compuertas del acueducto fueron abiertas en un momento inusitado. El apelado alega que la prueba no demuestra que se abrieran las compuertas en un momento inesperado, y también niega que hubiera un golpe de agua violento en el río Yagüez. Asumiendo, para los fines de la argumentación,

pero sin resolverlo, que constituía negligencia permitir que una corriente inusitada de agua entrara en el río, la prueba del demandado fué en sentido contrario y la corte tenía derecho a creerla. El que el niño pereciera ahogado fué un accidente desgraciado.

*Debe confirmarse la sentencia apelada.*

El Juez Presidente Señor del Toro no intervino.